1 | Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
2 | Josh Burk, State Bar No. 313869
jburk@hueston.com
3 | HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
4 | Los Angeles, CA 90014
Telephone:    (213) 788-4340
5 | Facsimile:    (888) 775-0898

6 | John C. Hueston, State Bar No. 164921
jhueston@hueston.com
7 | Abigail Majane, State Bar No. 330347
amajane@hueston.com
8 | HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
9 | Newport Beach, CA 92660
Telephone:    (949) 229-8640
10 | Facsimile:    (888) 775-0898

11 | *Attorneys for Defendant*
*CoreLogic Credco, LLC*

12 |

13 | UNITED STATES DISTRICT COURT

14 | SOUTHERN DISTRICT OF CALIFORNIA

15 |

'20 CV1262 JM   AGS

16 | MARCO A. FERNANDEZ, individually and as a representative of the class,

Case No. 37-2020-00018239-CU-MC-CTL

17 | Plaintiff,

**DECLARATION OF JOSH BURK IN SUPPORT OF DEFENDANT CORELOGIC CREDCO, LLC'S NOTICE OF REMOVAL**

18 | vs.

19 | CORELOGIC CREDCO, LLC,

Complaint Filed: June 2, 2020

20 | Defendant.

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1    I, Josh Burk, do hereby state and declare as follows:

2    1.      I am an attorney at law duly admitted to practice before this Court.  I am an

3    attorney with the law firm of Hueston Hennigan LLP, and counsel of record for Defendant

4    CoreLogic Credco, LLC ("Defendant") in the above-captioned matter.  The facts set forth in

5    this Declaration are within my own personal knowledge or based on information and belief, and

6    if called as a witness, I could and would competently so testify.  I make this Declaration in support

7    of Defendant's Notice of Removal, which is filed concurrently herewith.

8    2.      On or about June 2, 2018, Plaintiff Marco A. Fernandez ("Plaintiff") filed a civil

9    action in the Superior Court of the State of California for the County of San Diego, entitled

10   *Marco A. Fernandez, individually and as a representative of the class v. CoreLogic Credco,*

11   *LLC,* Case No. 37-2020-00018239-CU-MC-CTL ("State Court Action").

12   3.      On June 5, 2020, Plaintiff served Defendant's agent for service of process a

13   copy of the Summons, Civil Cover Sheet, and Complaint.  A true and correct copy of all

14   process, pleadings, and orders served on Defendant in the State Court Action are attached

15   hereto as **Exhibit A**.

16   I declare under penalty of perjury that the foregoing is true and correct.

17   Executed on this sixth day of July, 2020 at Los Angeles, California.

18

19

20

21

22                                                  Josh Burk

23

24

25

26

27

28