Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Josh Burk, State Bar No. 313869
jburk@hueston.com
Abigail Majane, State Bar No. 330347
amajane@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

*Attorneys for Defendant
CoreLogic Credco, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. FERNANDEZ, individually and as a representative of the class, <br><br> Plaintiff, <br><br> vs. <br><br> CORELOGIC CREDCO, LLC, <br><br> Defendant. | Case No. 20-cv-1262-JM-AGS <br><br> **DEFENDANT CORELOGIC CREDCO, LLC'S NOTICE OF MOTION AND MOTION TO STAY PROCEEDINGS PENDING THE SUPREME COURT'S DECISION IN *TRANSUNION LLC V. RAMIREZ*** <br><br> Judge: Honorable Jeffrey T. Miller <br><br> Hearing Date: February 8, 2021 <br> Time: 10:00 a.m. <br> Courtroom: 5D <br><br> Action filed: June 2, 2020 <br> F.A.C. filed: Sept. 28, 2020 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on February 8, 2021 at 10:00 a.m. in the courtroom of the Honorable Jeffrey T. Miller of the above-mentioned Court, Defendant CoreLogic Credco, Inc. ("Credco") will and hereby do move to stay all proceedings in this action until the United States Supreme Court decides *TransUnion LLC v. Ramirez*, No. 20-297, 2020 WL 7366280 (U.S. Dec. 16, 2020).

Credco's Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and other pleadings in support of the Motion, the accompanying Declaration of Josh Burk, all pleadings on file in this matter, and upon such other matters as may be presented to the Court at the time of the hearing or otherwise.

Dated: January 8, 2021                     HUESTON HENNIGAN LLP

By: _____
Moez M. Kaba
Josh Burk
Abigail Majane
*Attorneys for Defendant*
*CoreLogic Credco, LLC*