UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. FERNANDEZ, individually and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>CORELOGIC CREDCO, LLC.,<br><br>Defendant. | Case No.:  3:20-cv-1262-JM-(AGS)<br><br>**SCHEDULING ORDER** |

On April 8, 2021, this court issued a stay pending the Supreme Court's decision in *TransUnion LLC. v. Ramirez*, Case No. 20-297.  (Doc. No. 27.)  On June 25, the Supreme Court rendered its decision in *Ramirez* and, following this court's instructions, the parties duly filed a status report on July 7, 2021.  (Doc. No. 31.)  The status report proposed a scheduling order for the case.  (*Id*.)  Upon consideration of the joint status report, the court orders as follows:

1. ***By July 30, 2021***, Plaintiff must file with the court a Notice of Intent to file a Second Amended Complaint ("SAC"), if that is that course of action he intends to take.

2. If Plaintiff elects to file a SAC he has ***up to and including August 13, 2021*** to file the SAC.  Defendant has ***up to and including September 3, 2021*** to file its responsive pleading to the SAC.

3. Should Plaintiff choose to stand on the allegations made in the First Amended Complaint[1] ("FAC"), (Doc. No. 14), Defendant has *up to including August 20, 2021* to file its responsive pleading to the FAC.

4. The court's previously imposed **STAY** is **HEREBY LIFTED**.

IT IS SO ORDERED.

Dated: July 9, 2021

_____
Hon. Jeffrey T. Miller
United States District Judge

---

[1] The FAC was filed on September 29, 2020. On October 30, 2020, Defendant moved to dismiss the FAC, (Doc. No. 15). Considering the stay, and to assist in managing its own calendar, the court denied without prejudice as moot Defendant's motion to dismiss (Doc. No. 27 at 8).