Sophia Rios (SBN 305801)
**BERGER MONTAGUE PC**
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Fax: (215) 875-4604
srios@bm.net

E. Michelle Drake* (MN Bar No. 0387366)
John G. Albanese* (MN Bar No. 0395882)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net
*pro hac vice*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marco A. Fernandez, individually and as a representative of the class,<br><br>Plaintiff,<br><br>v.<br><br>CoreLogic Credco, LLC,<br><br>Defendant. | Case No. 3:20-cv-1262-JM-AGS<br><br>**NOTICE OF NO INTENT TO AMEND**<br><br>Judge: Hon. Jeffrey T. Miller |

Pursuant to the Scheduling Order entered July 9, 2021 in the above-captioned matter (ECF No. 32), Plaintiff files this Notice to inform the Court that he does *not* intend to file a Second Amended Complaint. The First Amended Complaint (ECF

No. 14) will remain the operative pleading.

Dated: July 30, 2021

Respectfully submitted,

/s/John G. Albanese
**BERGER MONTAGUE PC**
E. Michelle Drake (MN Bar No. 0387366)
John G. Albanese* (MN Bar No. 0395882)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net
*pro hac vice*

Sophia M. Rios (SBN 305801)
**BERGER MONTAGUE PC**
401 B Street, Suite 2000
San Diego, CA 92101
Tel: (619) 489-0300
Fax: (215) 875-4604
srios@bm.net

*Attorneys for Plaintiff*