Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Josh Burk, State Bar No. 313869
jburk@hueston.com
Spencer M. Schmider, State Bar No. 332147
sschmider@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:  (213) 788-4340
Facsimile:   (888) 775-0898

*Attorneys for Defendant
CoreLogic Credco, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. FERNANDEZ, individually and as a representative of the class,<br><br>Plaintiff,<br><br>vs.<br><br>CORELOGIC CREDCO, LLC,<br><br>Defendant. | Case No.  3:20-cv-01262-JM-AGS<br><br>**DECLARATOIN OF JOSHUA BURK IN SUPPORT OF DEFENDANT CORELOGIC CREDCO, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>Judge: Honorable Jeffrey T. Miller<br><br>Hearing Date: September 20, 2021<br>Time:         10:00 a.m.<br>Courtroom:   5D<br><br>Action filed:  June 2, 2020<br>F.A.C. filed:  Sept. 28, 2020<br><br>**NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

DECLARATION OF JOSHUA BURK ISO REQUEST FOR JUDICIAL
NOTICE ISO MOTION TO DISMISS AND MOTION TO STRIKE
3:20-cv-01262-JM-AGS

6029051

# DECLARATION OF JOSHUA BURK

I, Joshua Burk, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Hueston Hennigan LLP, counsel of record for Defendant CoreLogic Credco, LLC. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit A** is a true and correct copy of the complaint in the matter of *Fernandez v. RentGrow, Inc.*, 1:19-cv-01190-JKB (Dkt. No. 1), available on and retrieved from the Public Access to Court Electronic Records system (PACER) of the United States District Court for the District of Maryland.

3. Attached hereto as **Exhibit B** is a true and correct copy of "Plaintiff's Memorandum in Opposition to Defendant's Motion to Stay Pending Supreme Court Decision" in the matter of *Fernandez v. RentGrow, Inc.*, 1:19-cv-01190-JKB (Dkt. No. 118), available on and retrieved from the Public Access to Court Electronic Records system (PACER) of the United States District Court for the District of Maryland.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of August, 2021, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ Joshua Burk
　　　　　　　　　　　　　　　　　　Joshua Burk
　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　*CoreLogic Credco, LLC*

- 1 -
DECLARATION OF JOSHUA BURK ISO REQUEST FOR JUDICIAL
NOTICE ISO MOTION TO DISMISS AND MOTION TO STRIKE
3:20-cv-01262-JM-AGS

6029051