Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Padraic W. Foran State Bar No. 268278
pforan@hueston.com
Spencer M. Schmider, State Bar No. 332147
sschmider@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898

Brandon M. Marsh, State Bar No. 268316
bmarsh@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Dr., Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
Facsimile: (888) 775-0898

*Attorneys for Defendant
CoreLogic Credco, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. FERNANDEZ, individually and as a representative of the class,<br><br>Plaintiff,<br><br>vs.<br><br>CORELOGIC CREDCO, LLC,<br><br>Defendant. | Case No. 3:20-cv-1262-JM-AGS<br><br>**DECLARATION OF BRANDON MARSH IN OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND PAGE LIMITS**<br><br>District Judge: Jeffrey T. Miller |

# DECLARATION OF BRANDON MARSH

I, Brandon Marsh, declare as follows:

I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Hueston Hennigan LLP, counsel of record for Defendant CoreLogic Credco, LLC ("Defendant") in this action. I submit this Declaration in support of Defendant CoreLogic Credco, LLC's Opposition To Plaintiff's *Ex Parte* Application To Extend Page Limits.

If called upon to do so, I could and would testify truthfully based upon my own personal knowledge as follows:

1. Attached as Exhibit 1 is a true and correct copy of the email correspondence between Plaintiff's counsel and Defendant's counsel regarding Plaintiff's request for page limit extensions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of January, 2023, at Orange County, California.

HUESTON HENNIGAN LLP

By: /s/ Brandon Marsh
Brandon Marsh

*Attorney for Defendant
CoreLogic Credco, LLC*

# EXHIBIT 1

**From:** Brandon Marsh
**Sent:** Monday, January 9, 2023 1:55 PM
**To:** Sophia Rios <srios@bm.net>
**Cc:** E. Michelle Drake <emdrake@bm.net>; John Albanese <jalbanese@bm.net>; Ariana Kiener <akiener@bm.net>; Padraic Foran <pforan@hueston.com>
**Subject:** RE: Fernandez v. CoreLogic - Page Limits

Sophia,

There are several reasons why Defendant opposes Plaintiff's proposal. Among them are the following:

Plaintiff has not provided any specific basis for the requested additional pages. On Thursday, we asked for basic information about the classes Plaintiff seeks to certify, the Rule 23 factors that he believes merit additional briefing, and how those relate to the size and scope of discovery facts to be presented. Plaintiff refused to answer any of these questions. As a result, we do not know why Plaintiff believes that additional pages might be needed for any Rule 23 element, or why there might be factual issues that require additional pages. At this stage, years after the operative complaint was filed, nine months into fact discovery, and on the verge of Plaintiff's motion for class certification being filed, we do not even know which "several classes and subclasses" Plaintiff seeks to certify or whether they are the same as those he pleaded in the operative complaint. In this informational deficit, and without Plaintiff stating any specific basis for extra pages, we cannot in good faith request extra pages from the Court.

In addition, there is already a pending class certification motion that will receive 60 pages of briefing. The pending motion deals with nearly all – six of seven – of Plaintiff's asserted classes. Plaintiff's request, if granted, would result in a total of 160 pages of briefing on class certification issues. We do not understand how so much briefing could be necessary or helpful to the Court.

Thanks,
Brandon

**From:** Sophia Rios <srios@bm.net>
**Sent:** Monday, January 9, 2023 9:36 AM
**To:** Brandon Marsh <bmarsh@hueston.com>
**Cc:** E. Michelle Drake <emdrake@bm.net>; John Albanese <jalbanese@bm.net>; Ariana Kiener <akiener@bm.net>; Padraic Foran <pforan@hueston.com>
**Subject:** RE: Fernandez v. CoreLogic - Page Limits

Brandon,

Please let us know why Defendant does not agree to the proposal. I am free until 11 am if you would like to discuss by phone.

We intend to file an ex parte administrative request later today.

Thank you,
Sophia

**Sophia Rios** / *Associate*

☐ 858.252.6649    ☐ 619.820.8416

☐ 401 B STREET, SUITE 2000
SAN DIEGO, CA 92101

---

**From:** Brandon Marsh <bmarsh@hueston.com>
**Sent:** Friday, January 6, 2023 8:58 PM
**To:** Sophia Rios <srios@bm.net>
**Cc:** E. Michelle Drake <emdrake@bm.net>; John Albanese <jalbanese@bm.net>; Ariana Kiener <akiener@bm.net>; Padraic Foran <pforan@hueston.com>
**Subject:** RE: Fernandez v. CoreLogic - Page Limits

Sophia,

In an effort to provide you with a response as quickly as possible, I can tell you that Defendant does not agree to the proposal below.  If you'd like to discuss further, please know.

Thanks,
Brandon

**Brandon Marsh**

**HUESTON HENNIGAN** LLP

D: 949.287.5933
bmarsh@hueston.com
Biography

---

**From:** Sophia Rios <srios@bm.net>
**Sent:** Friday, January 6, 2023 10:33 AM
**To:** Brandon Marsh <bmarsh@hueston.com>
**Cc:** E. Michelle Drake <emdrake@bm.net>; John Albanese <jalbanese@bm.net>; Ariana Kiener <akiener@bm.net>; Padraic Foran <pforan@hueston.com>
**Subject:** RE: Fernandez v. CoreLogic - Page Limits

Brandon,

We sufficiently set forth our reasons below, and obviously we don't agree with Defendant's recitation of the facts on the motion to deny certification. However, upon further consideration, we can narrow our request to an additional 15 pages to be allocated among Plaintiff's February 13 submissions to allow for the most efficient presentation of the issues to the Court (e.g., a 35 page motion for class certification and a 30 page opposition to the motion to deny class

2

certification). Moreover, we don't oppose Defendant having an additional 15 pages on its response to our motion but, if granted, we would request an additional 10 pages for reply.

Please let us know your position by COB today.

**Sophia Rios** / *Associate*

☐ 858.252.6649    ☐ 619.820.8416

☐ 401 B STREET, SUITE 2000
SAN DIEGO, CA 92101

**From:** Brandon Marsh <bmarsh@hueston.com>
**Sent:** Thursday, January 5, 2023 5:57 PM
**To:** Sophia Rios <srios@bm.net>
**Cc:** E. Michelle Drake <emdrake@bm.net>; John Albanese <jalbanese@bm.net>; Ariana Kiener <akiener@bm.net>; Padraic Foran <pforan@hueston.com>
**Subject:** RE: Fernandez v. CoreLogic - Page Limits

Sophia,

To assess your request, could you please answer a few questions:

1. Which classes will Plaintiff move to certify?
2. Which Rule 23 elements does Plaintiff believe require additional pages for briefing, and for what reasons?
3. Your email states that the briefing will "encompass" essentially all of the facts in the case, including "more than 50,000 documents, immense amounts of data," all deposition testimony, and more. Can you please explain what you mean by this? It's not clear to us that all such facts are needed for the motion, and won't many issues already be dealt with in the briefing regarding Defendant's motion to deny class certification, which will be fully briefed?

Thanks,
Brandon

**Brandon Marsh**

**HUESTON HENNIGAN** LLP

D: 949.287.5933
bmarsh@hueston.com
Biography

**From:** Sophia Rios <srios@bm.net>
**Sent:** Wednesday, January 4, 2023 6:37 PM
**To:** Brandon Marsh <bmarsh@hueston.com>; Padraic Foran <pforan@hueston.com>
**Cc:** E. Michelle Drake <emdrake@bm.net>; John Albanese <jalbanese@bm.net>; Ariana Kiener <akiener@bm.net>
**Subject:** Fernandez v. CoreLogic - Page Limits

Brandon,

As we discussed on the meet and confer today, Plaintiff intends to request additional pages from the Court for its motion for class certification and its reply in support thereof. Plaintiff's forthcoming motion for class certification will seek to certify several classes and subclasses. This will require extensive briefing encompassing, *inter alia*, the presentation of a clear assertion of various legal authorities, involving both state and federal law; a complex and extensive factual record, including over a dozen depositions, more than 50,000 documents, and immense amounts of data; and a concise argument, for each class and subclass, explaining why Plaintiff satisfies the many requirements for certification under Federal Rule of Civil Procedure Rule 23. Plaintiff believes that briefs that exceed the limits set in the Local Rules for more routine matters are necessary to assist the Court in these circumstances.

Plaintiff will request 50 pages for its motion and 25 pages for its reply. Please let us know by Friday, January 6 if Defendant wishes to join in the request to the Court via joint motion or whether it would oppose an ex parte administrative request seeking this relief.

Best,
Sophia

**Sophia Rios** / *Associate*

858.252.6649      619.820.8416

401 B STREET, SUITE 2000
SAN DIEGO, CA 92101

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.