UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARCO A. FERNANDEZ,

                               Plaintiff,

v.

CORELOGIC CREDO, LLC,

                               Defendant.

Case No.:  20cv1262 JM (SBC)

**ORDER ADMINISTRATIVELY CLOSING CASE**

The instant action is in the final stages of settlement with a Final Approval Hearing scheduled to occur on June 10, 2024 at 10:00 a.m.  For these reasons, the court administratively closes this action, as it is unnecessary at this stage of the proceedings to maintain the file as an open one for statistical purposes.  Nothing contained in this Order shall be considered a dismissal or disposition of this matter.

    **IT IS SO ORDERED.**

DATED: March 20, 2024

_____
JEFFREY T. MILLER
United States District Judge

1

20cv1262 JM (SBC)