333 W Broadway #420
San Diego 92101
California

## U.S. District Court for the Southern District of San Diego

### NOTICE OF APPEARANCE

I Thomas Dorn am appearing as my self with no representation in the matter of Marco A. Frenandez v. CoreLogic Credo LLC, Case No. 3:20-cv-01262-JM-SBC

I object to the settlement for the following reasons.

1. I never received a 2020 covid stimulus payment for $1200 U.S. Dollars
2. I never received my 2018 tax refund for $726 Dollars.
3. I was terminated from a financial services job as a software engineer.
4. I believe that the above wrongdoings (1,2,3) are due to the situation of Marco A. Frenandez v. CoreLogic Credo LLC.
5. I am missing an ap unemployment check from colorado for around $933 dollars

**FILED**
APR 0 9 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ONE OF THE CLASS PLAINTIFF'S,
A COURT MASTER OR COURT OWNER

_Thomas Dorn all Rights Reserved_

939 S 89 St, Omaha NE 68111

4/5/2024

Thomas Doan
939 S 89 th
Omaha NE 68114



U.S. POSTAGE PAID
OMAHA, NE 68124
APR 05, 2024
**$5.08**
R2305P149647-23

U.S. District Court Southern Dist of California
San diego
333 W Broadway #420
San Diego CA 92101

RECEIVED
APR 09 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

92101-380620