

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Marco A. Fernandez, individually and as a representative of the class

**Plaintiff,**

V.

CoreLogic Credco, LLC

**Defendant.**

FILED

12/3/2024

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:            R. Contreras  , Deputy

Civil No.  20-cv-01262-JM-SBC

**STRICKEN DOCUMENT:**

Letter from Thomas Dorn

**Per Order #    344**

343