# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | **20-cv-01262-JM-SBC** |
| TITLE: | Fernandez v. CoreLogic Credco, LLC |
| FILED DATE: 12/3/2024 | DOCUMENT NO.: 343 |
| DOCUMENT TITLE: Letter From Thomas Dorn | |
| DOCUMENT FILED BY: Thomas Dorn | |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Case is closed.

Other:

This case is closed and the court will take no further action in this class action. Moreover, Mr. Dorn's objection to the settlement were already considered and overruled on the record.

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document will remain as filed despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
| ☐ | The Clerk is directed to MODIFY the docket text of the filed document to the following: [Click here] |
| ☒ | The document is REJECTED. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |
| ☐ | Rejected documents shall be returned to pro se filer. |

Any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: December 4, 2024     CHAMBERS OF: The Honorable Jeffrey T. Miller

cc: All Parties     By: Lc1