Chambers of Jeffrey T. Miller
United States District Court
Southern District of California
James M. Carter and Judith N. Keep U.S. Courthouse
333 W. Broadway, Suite 1010
San Diego, CA 92101

December 4, 2024

Eleanor Michelle Drake
Berger Montague PC
122 Tyler Street Northeast, Suite 205
Minneapolis, MN 554113

**Re: Fernandez v. CoreLogic Credco, LLC, Case # 20cv1262(JM)**

Dear Class Counsel,

Enclosed are Mr. Dorn's correspondence regarding an appeal and his original settlement check which he has returned to the court. We now forward this documentation to you. Perhaps you may want to address him directly.

As you will recall Mr. Dorn's objection was overruled on the record. As a courtesy to Mr. Dorn, we are providing him with a portion of the court's final approval order addressing his objections to the settlement. Specifically, the final approval order stated:

> *On April 9, 2024, the court received an objection from Thomas Dorn stating he objected to the settlement because: "1. [He] never received a 2020 covid stimulus payment for $1200 U.S. Dollars. 2. [He] never received [his] 2018 tax refund for $726 Dollars. [He] was terminated from a financial services job as a software engineer. 4. [He] believe[s] that the above wrongdoings (1, 2, 3, 5) are due to the situation of Marco A. Fernandez v. CoreLogic Credco LLC. 5. [He is] missing an unemployment check from Colorado for around $933 dollars." Doc. No. 317 at 1. But Mr. Dorn focuses on issues individualized to himself that are not case related, therefore, his objections are not significant enough to bar final approval. Thus, the court **OVERRULES** this Objector's objections as they are specific to the individual Objector such that they do not raise a genuine concern as to all class members and are unrelated to this matter.*

By copy of this letter to Mr. Dorn we are advising him this case is closed and the court will take no further action in this class action.  If Mr. Dorn wishes to proceed separately to seek redress of his stated claims, he is certainly free to retain counsel as those claims are outside the scope of this class action.

Sincerely,

*[signature]*

Hon. Jeffrey T. Miller
United States District Judge


cc.     Mr. Thomas Dorn
        939 S 89th St
        Omaha, NE 68114-5105

        Brandon Marsh
        Hueston Hennigan LLP
        620 Newport Center Drive, Suite 1300
        Newport Beach, CA 92660